PROB 12C
(7/93)

Report Date: May 16, 2011

## United States District Court

for the

### Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 17 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Alvaro Sanchez-Aguilar         Case Number: 2:09CR02057-001

Address of Offender: ███████████████████ currently incarcerated at the Yakima County Jail

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 07/06/2009

| | | | |
|---|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | | |
| Original Sentence: | Prison - 18 Months; TSR - 12 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Greg Morris Shogren | Date Supervision Commenced: | 09/03/2010 |
| Defense Attorney: | PRO SE | Date Supervision Expires: | 09/02/2011 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition #14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: The defendant illegally reentered the United States without permission on May 5, 2011.

Information received from the U.S. Immigration and Customs Enforcement, indicates the defendant was deported to Mexico on September 3, 2010, at San Ysidro, California, and has not obtained legal permission to reenter the United States.

2    **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: According to the police report, on May 5, 2011, officers were called to a dispute involving the defendant and his girlfriend, the victim. The victim attempted to walk away from the defendant which angered him and he grabbed her arm in an attempt to prevent her from walking away. The victim's family then became involved in the dispute

Prob12C
Re: Sanchez-Aguilar, Alvaro
May 16, 201

and a neighbor called the police. Upon questioning the defendant and the victim, officers learned of a no contact order between them, Yakima Municipal Court, case #G00065216. Subsequently, as a result of the no contact order, the defendant was arrested and transport to the local jail.

On May 6, 2011, the defendant made a preliminary appearance in the Yakima County Superior Court, case #11-1-00636-6. On May 7, 2011, the court ordered no charges were to be filed at the Yakima County Superior Court, however, the defendant may be charged in the Yakima County District Court.

At the time of this report, it appears charges have not been file in the Yakima County District Court.

3

**Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On May 10, 2011, an indictment was filed with the United States District Court, in the Eastern District of Washington, charging the defendant with Alien in United States After Deportation, in violation of 8 U.S.C. § 1326, docket number 2:11CR02074-001.

On May 12, 2011, the defendant made an initial appearance before the Court. The defendant was detained pending further action by the Court.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 16, 2011

s/Gayla S. Hunt

Gayla S. Hunt
Supervising U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

5/17/11
Date